UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **EDCV 18-00656 MWF (PJWx)** | Date: April 3, 2018 |
| Title **Jerome Reyes v. Joshua Dodson, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY FULL FILING FEE

On March 20, 2018, Plaintiff Jerome Reyes filed the Complaint in this action in the United States District Court, Southern District of California (CASD), and paid the $400 filing fee as noted in the entry for Docket No. 1.

On March 21, 2018, the CASD issued an Order to Show Cause as to Improper Venue. (Docket No. 4).

On March 27, 2018, the CASD filed a Notice of Returned Check, which stated that in addition to the $400 filing fee, there was a $53 returned check fee. (Docket No. 5).

On March 28, 2018, Plaintiff filed a response (Docket No. 8) to that Order to Show Cause issued by the CASD. Thereafter, on March 29, 2018, the CASD transferred this action to the Central District of California (Docket No. 9). The Central District of California received the file on March 30, 2018, and assigned this matter to this Court. The unpaid filing fee and returned check fee remain unpaid.

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 18-00656 MWF (PJWx)**                                Date:  April 3, 2018

Title        **Jerome Reyes v. Joshua Dodson, et al.**

    Plaintiff's counsel, David R. Shaub, states in the Response to Order to Show Cause (Docket No. 8), that Plaintiff also filed a Complaint in the Central District of California, Eastern Division.  A query of the Court's docket indicates that an Attorney Case Opening was attempted electronically on March 23, 2018, and assigned Case No. EDCV 18-608.  However, there is no indication that a filing fee was paid, nor did counsel correct the identified discrepancies noted in the Notice of Deficiencies issued on March 23, 2018.  Therefore, Case No. EDCV 18-608 was closed.

    Plaintiff Jerome Reyes is hereby **ORDERED TO SHOW CAUSE** on or before **APRIL 13, 2018** why this action should not be dismissed without prejudice for failure to pay the full filing fee and returned check fee.  The Court will consider proof of payment of the $400 filing fee and $53 returned check fee on or before the above date as an appropriate response to this Order to Show Cause.

    All filings in this District must comply with the Local Rules and this Court's Procedures and Schedules, available on the Court's website.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of a satisfactory response to the Order to Show Cause.  Failure to timely respond to the Order to Show Cause will result in the dismissal of this action.

                                                              Initials of Preparer:  RS/sjm